## 16184.  THOMAS *v.* THE STATE.

Evidence as to an assault upon a person of a name different from the one that the indictment alleges to be the name of the assaulted person will not support a conviction of assault with intent to murder,

where there is no evidence that the person assaulted was ever known or called by the name alleged in the indictment.

DECIDED APRIL 14, 1925.

Conviction of shooting at another; from Wilkes superior court—Judge Shurley. December 8, 1924.

*Hugh E. Combs,* for plaintiff in error.

*M. L. Felts, solicitor-general,* contra.

BLOODWORTH, J. Charlie Thomas was convicted under an indictment which charged him with assault with intent to murder Bessie Beck by shooting the said Bessie Beck with a pistol. A woman, Bessie Black, was introduced and swore that the accused shot her with a pistol. She swore also that her name was Bessie Lou Walden. There is not a particle of evidence to show that the accused shot, or shot at, Bessie Beck, or that Bessie Beck was ever known as Bessie Black or as Bessie Lou Walden, or was ever called by either name. The verdict of guilty, therefore, is contrary to law and evidence. *Appling* v. *State,* 26 *Ga. App.* 418 (106 S. E. 311); *Lewis* v. *State,* 90 *Ga.* 95 (15 S. E. 697).

*Judgment reversed. Broyles, C. J., and Luke, J., concur.*